UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>GINA MCCARTHY,<br><br>            Defendant. | Case No.  14-cv-05091-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to 11-cv-5651-YGR, consolidated with 11-cv-5694-YGR.

**IT IS SO ORDERED.**

Dated: November 20, 2014



WILLIAM H. ORRICK
United States District Judge