UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SIERRA CLUB, ET AL.**,

    Plaintiffs,

v.

**GINA MCCARTHY**,

    Defendant.

Case No. 14-cv-05091-YGR

**ORDER RELIEVING PARTIES FROM PRE-FILING CONFERENCE REQUIREMENT; DIRECTING PARTIES TO MEET AND CONFER RE: BRIEFING SCHEDULE**

Re: Dkt. No. 14

The Court is in receipt of Plaintiffs' request for a summary judgment pre-filing conference. The Court **ORDERS** that the parties are relieved of the normal pre-filing requirement, as set forth in the Court's Standing Order in Civil Cases, section 9.

The parties are directed to meet and confer and submit a proposed schedule for plaintiffs' summary judgment motion and any cross-motion.

**IT IS SO ORDERED.**

Dated: December 10, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**