UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**SIERRA CLUB, ET AL.**,

    Plaintiffs,

  v.

**GINA MCCARTHY**,

    Defendant.

Case No. 14-cv-05091-YGR

**ORDER FINDING CASES NOT RELATED**

Re: Dkt. No. 46

    The Court has reviewed the Notice of Potentially Related Cases filed by the parties in the above-captioned action. (Dkt. No. 46.) The Court finds that *Sierra Club v. McCarthy,* 15-cv-4328 JD, is not related to the above-captioned action.

**IT IS SO ORDERED.**

Dated: March 10, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**